FILED
2012 Jul-03  PM 02:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NELL C. DYSART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:11-cv-01917-LSC |
| | ) | |
| BANKTRUST, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum of Opinion entered contemporaneously herewith, it is hereby ORDERED, ADJUDGED, and DECREED that Defendants' Motions to Dismiss (Docs. 27, 30, 31) are granted.  Moreover, the remaining Defendants are dismissed from this action *sua sponte*. Plaintiff's claim under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961, *et seq.*, is hereby DISMISSED, without prejudice, for failure to state a claim.  Fed. R. Civ. P. 12(b)(6).  Plaintiff's remaining state law claims are DISMISSED in their entirety, without prejudice, under 28 U.S.C. § 1367(c)(3).  This matter is closed.  Costs are taxed to the Plaintiff.

Done this 3rd day of July 2012.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297