FILED
2013 Sep-25  PM 12:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 12-13653

_____

District Court Docket No.
2:11-cv-01917-LSC

NELL C. DYSART,

        Plaintiff - Appellant,

versus

BANKTRUST,
f.k.a. The Peoples Bank and Trust of Selma
W. BIBB LAMAR, JR.,
EDWARD T. LIVINGSTON,
ELAM P. HOLLEY, JR.,
MAC MARTIN,
RYAN K. COCHRAN, et al.,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the
Northern District of Alabama

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 16, 2013
For the Court: John Ley, Clerk of Court
By: Jeff R. Patch

Mandate Issued:
September 24, 2013